## ABRAM J. KLINE *v.* KATIE B. KLINE.
[No. 87, October Term, 1935.]

*Decided January 16th, 1936.*

The cause was argued before URNER, OFFUTT, PARKE, SLOAN, MITCHELL, and SHEHAN, JJ.

*Charles J. Stinchcomb*, with whom was *Samuel T. Griffith* on the brief, for the appellant.

*Walter V. Harrison*, with whom was *J. Yale Gordon* and *Robert France* on the brief, for the appellee.

MITCHELL, J., delivered the opinion of the Court.